AO 455 (Rev. 5/85) Waiver of Indictment

FILED

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2022 JAN 24  PM 4: 05

DISTRICT COURT
LE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA           WAIVER OF INDICTMENT

v.                                 Criminal No. 6:22-cr- 9-WWB-GJK

JOSEPH ELLICOTT

I, JOSEPH ELLICOTT, the above named defendant, who is accused of conspiracy to commit wire fraud and honest services fraud, in violation of 18 U.S.C. § 1349, and distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
JOSEPH ELLICOTT
Defendant

_____
Robert Mandell
Counsel for Defendant

_____
for Joseph Zwick
Counsel for Defendant

Before _____
            Judicial Officer