UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        CASE No. 6:22-cr-9-WWB-GJK

JOSEPH ELLICOTT

## **NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒      IS            related to pending or closed civil or criminal cases previously
                     filed in this court, or any other Federal or State court, or
                     administrative agency as indicated below:

                     United States v. Joel Micah Greenberg
                     Case No. 6:20-cr-97-GAP-LRH

☐      IS NOT     related to any pending or closed civil or criminal case filed with
                     this Court, or any other Federal or State court, or
                     administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated: January 26, 2022

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Roger B. Handberg*
ROGER B. HANDBERG
United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida   32801
Telephone:   (407) 648-7500
Facsimile:     (407) 648-7643
E-mail:        Roger.Handberg@usdoj.gov

**U.S. v. JOSEPH ELLICOTT**                    **Case No. 6:22-cr-9-WWB-GJK**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert Mandell, Esquire

Joseph Zwick, Esquire

*/s/ Roger B. Handberg*
ROGER B. HANDBERG
United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida   32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:   Roger.Handberg@usdoj.gov