UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO. 6:22-cr-9-WWB-GJK

JOSEPH ELLICOTT

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Amanda S. Daniels, Assistant United States Attorney

    Alexander Duda, Special Agent, Federal Bureau of Investigation

    Joseph Ellicott, defendant

    Federal Bureau of Investigation, Investigative Agency

    Nevada Gump, Special Agent, United States Secret Service

    Roger B. Handberg, United States Attorney

    Jennifer M. Harrington, Assistant United States Attorney

    Robert Mandell, Esquire, counsel for the defendant

    United States Secret Service, Investigative Agency

    Joseph Zwick, Esquire, counsel for the defendant

  2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   None

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   None

  4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Seminole County Tax Collector's Office

    Seminole County

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: January 26, 2022

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By: */s/ Roger B. Handberg*
    ROGER B. HANDBERG
    United States Attorney
    Florida Bar No. 0241570
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: Roger.Handberg@usdoj.gov

U.S. v. JOSEPH ELLICOTT                    Case No. 6:22-cr-9-WWB-GJK

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Robert Mandell, Esquire

    Joseph Zwick, Esquire

    */s/ Roger B. Handberg*
    ROGER B. HANDBERG
    United States Attorney
    Florida Bar No. 0241570
    400 W. Washington Street, Suite 3100
    Orlando, Florida   32801
    Telephone:   (407) 648-7500
    Facsimile:    (407) 648-7643
    E-mail:   Roger.Handberg@usdoj.gov