**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                                         CASE NO: 6:22-cr-9-WWB-GJK

JOSEPH ELLICOTT
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. It is **ORDERED** that this case is transferred to the Honorable Senior District Judge Gregory A. Presnell, pursuant to Local Rule 1.07(a), Middle District of Florida, and with his consent, to be considered with related cases.

**DONE AND ORDERED** in Orlando, Florida on January 28, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record