# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Elizabeth M. Warren                           Benjamin C. Wynn
Clerk of Court                         Orlando Division Manager

## UNITED STATES OF AMERICA

## VS.                         CASE NO: 6:22-cr-9-GAP-GJK

## JOSEPH ELLICOTT

---

## NOTICE OF SURRENDERED U.S. PASSPORT

To:     U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
PO Box 1227
Sterling, VA 20166-1227

     **PURSUANT** to the Court's order entered on February 9, 2022 in the above styled case, the Defendant's passport, **Number 450654972** was surrendered to the custody of the Clerk of Court on February 9, 2022. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | November 7, 1978 |
| Defendant's place of birth: | West Virginia |
| Passport received from: | Attorney Joseph Edward Zwick |
| Passport issued to: | Joseph David Ellicott |
| Date of issuance: | September 4, 2008 |

                            ELIZABETH M. WARREN, CLERK

                            By *Amanda Joseph*
                            Amanda Joseph, Deputy Clerk

February 9, 2022

Original to Case File
c:      Counsel and Unrepresented Defendant
       Pretrial Services (if before Judgment)
       Probation Office (if after Judgment)
       Appropriate Agency Listed Above
       Passport Coordinator