# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:22-cr-9-GAP-GJK

JOSEPH ELLICOTT

_____

### NOTICE OF SENTENCING

**TAKE NOTICE** that sentencing has been set for:

**TUESDAY, APRIL 26, 2022** at **10:00 AM**
United States Courthouse
Fifth Floor, Courtroom Number 5A
401 W. Central Blvd.
Orlando, Florida 32801-5750

**NOTE TO COUNSEL**: Counsel for the parties shall notify chambers as soon as possible if they believe the sentencing hearing will be longer than 45 minutes. The Court will NOT consider, absent extraordinary circumstances, motions, memoranda, or exhibits that are not filed at least three business days before sentencing.

Date: February 10, 2022



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U. S. Marshal determine that a writ is necessary to obtain Defendant's presence and that no writ has been received, the U. S. Marshal shall immediately advise the U. S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.*

Distribution to the following:
Counsel for Defendant
U. S. Attorney
U. S. Marshal
U. S. Probation Office
U. S. Pretrial Services