# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,

                                                  CASE NO.:  6:22-cr-00009-GAP-GJK

v.

JOSEPH ELLICOTT,

_____/

## MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, Joseph Ellicott, by and through the undersigned attorney, pursuant to Rules of the District Court of the United States for the Middle District of Florida Rule 3.09 and moves this Court to enter its Order granting a continuance of the above-styled cause. As grounds in support of this motion, the Defendant would show:

1. The Sentencing Hearing in this case is scheduled to be heard on April 26, 2022.

2. The Defense just received Discovery in this matter and needs time to go through this new discovery.

3. The U.S. Probation Office of the Middle District has also requested additional time to review the discovery which has been received.

4. Assistant United States Attorney, Roger B. Handberg, has no objection to a continuance in this matter.

**WHEREFORE**, the Defendant moves this Court to enter its Order granting the Defendant's Motion for Continuance in the above-styled cause.

## CERTIFICATE OF SERVICE

On March 17, 2022, using CM/ECF, I electronically filed the foregoing MOTION TO CONTINUE with the clerk of the court which will send notice to: US Attorney's Office, 400 W Washington St. Ste. 300, Orlando, FL 32801, at roger.handberg@usdoj.gov.

/s/ *Robert I. Mandell*_____
ROBERT I. MANDELL, ESQUIRE
MANDELL LAW, P.A.
Florida Bar Number: 15484
189 S. Orange Avenue. Ste. 810.
Orlando, FL 32801
Tel: 407-956-1180
Fax: 407-386-9550
Cell: 407-925-4386
rmandell@fightforyou.org