UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

CASE No.: 6:22-cr-9-GAP-GJK

v.

JOSEPH ELLICOTT

## **(UNOPPOSED) MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW the Defendant, Joseph Ellicott, by and through the undersigned attorney, pursuant to Rules of the District Court of the United States for the Middle District of Florida Rule 3.09 and moves this Court to enter its Order granting a continuance of the above-styled cause. As grounds in support of this motion, the Defendant would show:

1. The Sentencing Hearing in this case is scheduled to be heard on August 8, 2022, at 10:30 a.m., in Orlando Courtroom 5 A.

2. The Sentencing Hearing has been continued before, first from April 26, 2022, due to the Defenses' need to review newly received discovery, then again from May 24, 2022, due to the timing of the release of the Presentence Report, then most recently from June 28, 2022, due the onset of very serious and substantial health issues.

3. The Defendant is continuing to deal with substantial health issues and

needs additional surgeries related thereto.

4. Assistant United States Attorney, Amanda Daniels, has no objection to up to a 60 - day continuance in this matter.

**WHEREFORE**, the Defendant moves this Court to enter its Order granting the Defendant's Motion for Continuance in the above-styled cause.

### CERTIFICATE OF SERVICE

On July 27, 2022, using CM/ECF, I electronically filed the foregoing SECOND MOTION TO CONTINUE with the clerk of the court which will send notice to: US Attorney's Office, 400 W Washington St. Ste. 300, Orlando, FL 32801, at Amanda.Daniels@usdoj.gov.

Respectfully submitted,

/s/ *Robert I. Mandell*
ROBERT I. MANDELL, ESQUIRE
MANDELL LAW, P.A.
FBN: 15484
189 S. Orange Avenue. Ste. 810.
Orlando, FL 32801
Tel: 407-956-1180
Fax: 407-386-9550
rmandell@fightforyou.org