UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

CASE No.:  6:22-cr-9-GAP-GJK

v.

JOSEPH ELLICOTT

### MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Joseph Ellicott, by and through the undersigned attorney, pursuant to Rules of the District Court of the United States for the Middle District of Florida Rule 3.09 and moves this Court to enter its Order granting a continuance of the above-styled cause. As grounds in support of this motion, the Defendant would show:

1. The Sentencing Hearing currently scheduled for October 11, 2022, has previously been reset four (4) times, all unopposed, which are as follows: April 26, 2022 due ongoing discovery, discovery being incomplete, May 24, 2022 due to late received modifications to the PSR, which changed circumstances for the Defendant and created issues that needed to be put in order to maximize potential opportunity for a reduction, pursuant to rule 5k1.1, June 28, 2022 due to a rapid onset of health issues that started to spiral into deteriorating conditions which can be life

      threatening, August 8, 2022 for substantial health issues requiring additional surgeries.

2. It has come to the Defense's attention that charges have been filed in another case, that may provide a potential opportunity for a reduction to the defendant's sentencing guidelines pursuant to rule 5k1.1. Counsel for the Defendant will need to review the information and facts provided in the new case to prepare for any potential opportunity for a reduction pursuant to rule 5k1.1.

3. The Defendant is continuing to deal with substantial health issues and is scheduled for continuing medical evaluations, and monitoring by his health care providers, that include a surgery scheduled for October 6, 2022, and ongoing bloodwork and possible other procedures through December 6, 2022. A list of medical providers and doctors' notes, and appointment confirmations may be submitted to Chambers upon request.

4. Assistant United States Attorney, Amanda Daniels, has no objection to a continuance until Mid-December, in this matter.

      **WHEREFORE**, the Defendant moves this Court to enter its Order granting the Defendant's Motion for Continuance in the above-styled cause.

## **CERTIFICATE OF SERVICE**

On October 3, 2022, using CM/ECF, I electronically filed the foregoing SECOND MOTION TO CONTINUE with the clerk of the court which will send notice to: US Attorney's Office, 400 W Washington St. Ste. 300, Orlando, FL 32801, at Amanda.Daniels@usdoj.gov.

                                         Respectfully submitted,

                                         /s/ *Robert I. Mandell*
                                         ROBERT I. MANDELL, ESQUIRE
                                         MANDELL LAW, P.A.
                                         FBN: 15484
                                         189 S. Orange Avenue. Ste. 810.
                                         Orlando, FL 32801
                                         Tel: 407-956-1180
                                         Fax: 407-386-9550
                                         rmandell@fightforyou.org