# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                     CASE NO: **6:22-cr-9-GAP-DAB**

JOSEPH ELLICOTT

## ORDER

This cause is before the Court on Defendant's [Unopposed Fifth] Motion to Continue Sentencing Hearing (Doc. 50). The Court ordered Defendant to file medical records under seal (Doc. 51), which were timely filed (Doc. 52).

Having reviewed the motion and the supplement of medical records, the Court sees no reason why the sentencing in this case should not proceed as scheduled. It is, therefore,

**ORDERED** that the motion (Doc. 50) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant