UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


UNITED STATES OF AMERICA

CASE No.:  6:22-cr-9-GAP-GJK

v.

JOSEPH ELLICOTT


## NOTICE OF FILING DEFENDANT'S EXHIBITS IN ANDANCE AND IN CONSIDERATION OF SENTENCING

COMES NOW the Defendant, Joseph Ellicott, by and through the undersigned attorney, and in advance of Sentencing on October 11, 2022, the Defendant's counsel, files the following for consideration thereof:

1. Copies of Joe Ellicott's Diplomas and Certificates:

   a) Spruce Creek High School – Cum Laude – June 3, 1997

   b) Florida Academic Scholar -Certificate of Recognition – August 1, 1997

   c) Spruce Creek HS-International Baccalaureate Grades Transcripts

   d) Daytona State College Associates of Arts Degree- August 17, 1999

   e) University of Central Florida Bachelor of Arts Degree, Psychology

2. Copies of Letters in Support of Joseph Ellicott

   a) James H. Clowes

   b) Josehua Maldonado

c) Ryan Luttrell

d) James D. Ellicott

e) Patricia Ellicott

f) Ryan Totka

g) Bryant Guilmette

h) Joshua Ramos

i) Janet G. Minor, MS

j) Sarah Propst, AICP, PMP

k) Jason Swinford

l) Lester Roy

Date: October 5, 2022.

Respectfully submitted,

/s/ *Robert I. Mandell*
ROBERT I. MANDELL, ESQUIRE
MANDELL LAW, P.A.
FBN: 15484
189 S. Orange Avenue. Ste. 810.
Orlando, FL 32801
Tel: 407-956-1180
rmandell@fightforyou.org

Attached are copies of Joe's Diplomas & Certificates

1.  Spruce Creek High School - Cum Laude - June 3, 1997

2.  Florida Academic Scholar - Certificate of Recognition - August 1, 1997

3.  Spruce Creek High School - International Baccalaureate Transcript of Grades - Result Diploma Awarded - October, 1998

4.  Daytona State College - Associate of Arts Degree - August 17, 1999

5.  University of Central Florida - Bachelor of Arts Degree - Psychology - April 13, 2004



# Spruce Creek High School

**Port Orange** · GREAT SEAL OF THE STATE OF FLORIDA · IN GOD WE TRUST · **Florida**

## This Certifies That

## Joseph David Elliott

CUM LAUDE

having satisfactorily completed all requirements of law and standards for high school graduation as prescribed by the State Board of Education and the District School Board is hereby awarded this

## Diploma

by order of the Volusia County District School Board

Given at Port Orange, Florida, this third day of June, nineteen ninety-seven.

_William Hall_
Superintendent of Schools

_signature_
Principal

_signature_
Chairman, School Board



# Certificate of Recognition

STATE BOARD OF EDUCATION

JOSEPH ELLICOTT

is hereby designated

## A FLORIDA
## ACADEMIC SCHOLAR

in recognition of outstanding performance and
academic achievement.

This    1 st day of    August 1997

Commissioner of Education

# Transcript of Grades



| BACCALAURÉAT INTERNATIONAL | INTERNATIONAL BACCALAUREATE | BACHILLERATO INTERNACIONAL |
|---|---|---|

International Baccalaureate North America • 200 Madison Avenue, Suite 2007 / New York / New York 10016 / Phone: 212/696-4464 / Fax: 212/889-9242

International Baccalaureate Organization • Route des Morillons 15 / 1218 Le Grand Saconnex / Geneva, Switzerland

The student below has completed requirements for the International Baccalaureate Diploma or Certificate.

| Student: | ELLICOTT, JOSEPH D | 0536-172 |
|---|---|---|
| Date of Birth: | 78/11/07 (YY/MM/DD) | |
| School Attended: | Spruce Creek HS | |
| Examination Session: | MAY 1998 | |

| SUBJECT | LEVEL | GRADE |
|---|---|---|
| ENGLISH A1 | HIGHER | 4 |
| HIST.AMERICAS | HIGHER | 6 |
| BIOLOGY | HIGHER | 3 |
| SPANISH B | STANDARD | 5 |
| PSYCHOLOGY | STANDARD | 4 |
| MATH.STUDIES | STANDARD | 5 |

| | |
|---|---|
| Theory of Knowledge: | B |
| Extended Essay: | C |
| Subject of Extended Essay: | HISTORY |
| Combined Score (Bonus Points): | P |

TOTAL DIPLOMA POINTS: 27

RESULT:   DIPLOMA AWARDED

Date:   October 1998

Bradley W. Richardson
Regional Director

| A = Excellent |
|---|
| B = Good |
| C = Satisfactory |
| D = Mediocre |
| E = Elementary |

| 7 = Excellent |
|---|
| 6 = Very Good |
| 5 = Good |
| 4 = Satisfactory |
| 3 = Mediocre |
| 2 = Poor |
| 1 = Very Poor |

# Daytona State College

Upon recommendation of the Faculty and by
authority of the Florida State Board of Education
and the College Board of Trustees has conferred on

## Joseph D. Elliott

### Associate of Arts

with all the rights and privileges
thereunto appertaining.

Given at Daytona State College in the State of Florida
this seventeenth day of August, in the year nineteen hundred ninety nine



President





Chairman, Board of Trustees



# University of Central Florida

Upon the Nomination of the Faculty
has conferred upon

## Joseph David Elliott

the Degree of

## Bachelor of Arts

Psychology

With all the rights and privileges thereunto appertaining.

Given under the Seal of the University of Central Florida at
Orlando in the State of Florida
this thirtieth day of April, in the year Two thousand and Four.



_Chairman, Board of Trustees_

_Provost and Vice President for Academic Affairs_

State University System of Florida

_President_

_Dean, College of Arts and Sciences_

October 6, 2002

To The Honorable Gregory Presnell:

Re: Joseph Ellicott

Dear Judge Presnell:

My name is James Clowes. I am a Sales Manager for DynaFire. I have known Joseph Ellicott since I was ten years old. He was one of the first kids to welcome me to a new school. We became fast friends. We both had an insatiable passion for sports, movies and we were both a couple of big kids, so we had a wonderful bond. Through our adolescence and into our adulthood I do not believe I could have asked for a better friend.

Joe was always there when I needed him. In 2004, when the hurricanes came through Central Florida, I was in my last semester of college. The hotel I worked at for 6 years was destroyed and I lost my job. I thought I would have to drop out for the semester because I could not afford to work, and I had the perfect schedule. I spoke with Joe, and within minutes offered me a job at his family's establishment. They did not need me your honor, but knew the situation I was in. Thanks to Joe, I was able to graduate on time and pay rent.

When we lived together, friends of ours that were down on their luck always knew they had a place to rest their heads because they knew the type of person Joe was. My ex wife's parents were days away from having their house foreclosed on. I knew they had a bunch of old jewelry, so I told them they should go see Joe at his coin shop in Maitland, FL. Joe sold the jewelry for them so they could get money to keep their house.

I am confident he has learned from his mistakes, and I am confident he will be a better person for himself and humanity because that is who Joe Ellicott is. A good man, son, friend, and he is like a brother to me. I ask that you please consider this letter and its contents while making your decision.


Kindest Regards,
James H. Clowes

October 6, 2022

Dear Judge Gregory Presnell,

I have known Joe Ellicott for over 20 years. We started working together in the early 2000s in the coin business, working for more prominent coin dealers. We were the workhorses, driving around the country, always hauling stuff in and out of the coin shows. He has been a great friend to my family and me over the years. Joe is a very talented coin dealer and businessman: his knowledge is second to none. Joe is dedicated to the people he loves, his friends and family. I can not say enough good things about Joe.

Joe, at times, tended to be a follower, which in this case, seems to be the character flaw that has gotten him into some trouble. For whatever reason, I have also seen Joe struggle with low self-esteem and sometimes get depressed. I think his weight issues have had a lot to do with his mental struggles, but I have always seen him for the awesome person and friend he is. I know it's hard for Joe to see the big picture from the current shoes that he is standing in, but I know he will make sense of it all one day and come out as a better person for it. From personal experiences, I know he has what it takes to bounce back and overcome this. Joe fully understands accountability and knows he has to answer for his actions. Joe 100% is amenable to treatment, and I am confident he will be a productive citizen in our society.

Sincerely,

Joshua Maldonado

October 6, 2022


To: Judge Gregory Presnell,

My name is Ryan LUTTRELL, I've had the privilege of knowing Joe Ellicott for over 30 years. I first met Joe in the sixth grade when he and his family moved to Florida. Joe and I have been best friends for decades. I've always known Joe to do anything and everything he can for everyone else and always putting himself last. I can tell you numerous stories of Joe always helping others and doing what is right even when he could not afford it himself. Joe is the godfather of my kids, and I would not just trust anybody to leave my children with, should God decide to take me out of this world early. To the matters of the court your honor, all I can say is I would personally still put my name next to Joe Ellicott as an incredible friend and will be there for him even when he gets out. Please your honor consider the facts when deciding if you should place Joe behind bars and the domino effect it will have on all of us.

We are praying for you and everyone involved sir!


/s/Ryan Luttrell

Dear Judge Gregory Presnell,

I am writing this letter on behalf of my son Joseph D. Ellicott and I hope that you will consider the information I am providing for his sentencing hearing.

Joe has always been a very intelligent student as indicated by his graduating from high school with an International Baccalaureate degree and later a B.A. Degree from the University of Central Florida. He went on after college to start his own business in the Coin and Collectible industry and he was well regarded due to his honesty and integrity and his caring attitude for his customers. This was always his demeanor in all his endeavors, both business and personal. He always stood behind his friends and supported them no matter what the situation.

Unfortunately, he later became good friends with Joel Greenburg and when Joel became the Tax Collector for Seminole County Joe was offered a job to work for him. Joe enjoyed working in the Tax Collectors office and was always a reliable employee. But Joel Greenburg did not stay within the bounds of what his job allowed and of course is now faced with his own legal issues. As both an employee of Joel, as well as a friend, Joe was asked to do things that he knew were not right but that as a friend and employee he felt obligated to do. This, of course, is an excuse and not a reasonable explanation. Joe fully now knows that he should have denied the illegal requests made by his friend and boss, Joel Greenburg, but now it's too late. The mistakes he made were against his nature in many ways. They were illegal and dishonest, which he is not. But they were totally in keeping with his nature in being a good and supportive friend. He was never the originator or instigator for any of his charges. He was merely the facilitator.

Joe has learned his lesson and will never repeat this mistake. He is currently working and being a productive member of society. He also has a lot of health issues. I hope that you will see that in the best interests of both Joe and Society in general that a jail term would not accomplish anything that hasn't already been accomplished. I hope this information will aid in your decision and thank you for your consideration.

Sincerely,


James D. Ellicott

6115 Half Moon Dive

Port Orange, FL 32127

6115 Half Moon Drive
Port Orange, FL  32127

October 6, 2022

The Honorable Judge Gregory Presnell:

RE:  Joseph D. Ellicott

Dear Judge Presnell:

My name is Patricia Ellicott, I am the mother of Joseph D. Ellicott. I am writing this letter to you in my son's behalf and to voice my support for him in this current situation.

My son is a kind, loving, caring, and compassionate individual who loves his family and friends. Joe has and will always be there for our family no matter what the circumstances dictate. Joe is intelligent, hardworking and is well respected individual in the field of Sports Cards Collecting, Coin Collecting, Sports History and Statistics, as well as Historic Memorabilia. Joe is the most non-judgmental individual you would ever want to meet. Joe would give anyone the shirt off his back – that is because Joe loves people and loves to help them. You could be a 2-year-old or a 102-year-old – everyone that meets Joe loves Joe because he always shows them the true kindness in his heart. Joe has always been a loyal individual sometimes to a fault, which always leads to him being taken advantage of. Joe's loyalty and being taken advantage of is clearly why he finds himself in his current situation with his former boss and former friend Joel Greenberg. Joel Greenberg clearly took advantage of my son's friendship, loyalty, and his ability to be taken advantage of.

Joe is an amazing uncle to his nephew and two nieces. My grandchildren love their Uncle Joe endlessly. If Uncle Joe is not around – they always need to know where he is, what he is doing, and when are they going to be able to see him.

Your honor, my son has multiple serious health issues – he is a Diabetic, he has heart issues along with high blood pressure, sleep apnea, stomach issues and venous insufficiency in both legs, just to name a few.

Your honor, my son made a mistake he has learned from that mistake, a mistake that never will be repeated. When considering your decision, I would only ask that you find it in your heart that my son has never been in trouble before and he has major health issues.

Thank you for your time and consideration in this matter.

Respectfully yours,

Patricia S. Ellicott

 Gmail

---

## Fwd: Joe Recommendation

---

**Joe Ellicott** <jdellicott78@gmail.com>                    Thu, Oct 6, 2022 at 3:23 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Joe Ellicott <jdellicott78@gmail.com>
> **Date:** October 6, 2022 at 2:54:45 PM EDT
> **To:** Pat Ellicott <pse7882@aol.com>

>> **From:** Ryan Totka <ryan@athletepromotions.com>
>> **Date:** October 6, 2022 at 2:39:09 PM EDT
>> **To:** jdellicott78@gmail.com
>> **Subject: Joe Recommendation**
>> **Reply-To:** ryan@athletepromotions.com

To Whom it May Concern,

I've known and been friends with (Big) Joe Ellicott for about 30 years now. We've been friends since I was about 13 years old. We met at a yard sale in Port Orange, FL as we both had a passion for baseball cards. We played football together and did almost everything together throughout high school. His family welcomed me as one of his family. He's always been a great friend, top honor student and athlete. As long as I've known him, he was always involved in charitable and extra curriculum activities. Everyone in MY life that has meet and known Joe has loved him, including my whole family. He was always respectful and went out of his way to do nice things for people. I can truly say that out of all my friends in my life, I have known him the longest. I would give Joe a recommendation for anything he needed in life!

Sincerely,
Ryan Totka

**Ryan Totka** *Celebrity Booking Agent*



direct **407.619.6416**

www.**AthleteSpeakers**.com

www.RyanTotka.com
Instagram - Twitter - LinkedIn - Facebook

**From:** Bryant Guilmette <guilmettebryant@gmail.com>
**Date:** October 6, 2022 at 3:15:06 PM EDT
**To:** jdellicott78@gmail.com
**Subject: LOR**

# Letter of Recommendation

To Judge Presnell,

This is a letter of recommendation for a huge influence on my life and business Joe Ellicot. In an industry with rampant fraud and dishonesty I can say there is no one more trustworthy then Joe. He has the biggest wealth of knowledge and passion for our industry. Anyone that comes in contact with him has nothing but a great lasting and respectful impression. Joe is the type of person that would do anything to help anyone. He is one of the most selfless people I've ever had the pleasure of knowing. Knowing Joe over the past four years I've seen how positive of an influence he has on the industry as a whole. At card shows, working for the company that does grading, and promoting a new start up grading company he did every part of every role to a level of excellence. Being trustworthy is something in todays age that goes under the radar. I can say I would trust Joe with every part of my life. From watching my house and dog while on vacation, to watching my brick-and-mortar store when the time was needed and helping me move and organize my place Joe was always there. Joe is someone that our industry needs present. Without Joe there would be a hole felt at every local card event. Joe is someone that society needs active daily. Every impression even something as simple as a grocery store is beyond positive. Joe is someone that makes everyone around them better. I can say from professional view he has been a huge mentor on how I operate my business on a daily look. Personally, Joe is one my Best friends for life. Someone I would do anything to help and know he would do the same. Please take my recommendation into consideration to help Joe in anyway. If there are further questions needed, please feel free to reach out. Thank You,

Bryant Guilmette
508-259-9313
--
**Bryant Guilmette**
*Tampa Card Shop*
15939 N Florida Ave
Lutz, FL 33549
Store Landline: 813-374-4534
Cell: 508-259-9313

To the Court and Honorable Gregory Presnell,

 This is a letter of recommendation for my mentor, my best friend, my boss, and what I like to call my big brother. Joe Ellicott.

I am Joshua Ramos, speaking on behalf of how Joe is as a person, not only a person but a human being at the end of the day. Behind the scenes and in real life whether it's to go get dinner or teach me about coins, Joe is the person I went to for the last 6 years. He's full of knowledge about our country's history that he has an immense passion for that I've seen with my own eyes and ears.

Behind the scenes Joe is nothing but a caring, loving, helpful person that this world needs to experience because he's one of a kind. The biggest heart on earth is Joe without a doubt.

Joe was my mentor and took me under his wing when I was young 6 years ago, at 17 years of age. With Joe's teachings over the years, he taught me about coins, sports cards, anything collectible which is what we both have a great passion for. What he taught me about coins and life in general made me go from being a fragile boy in this world to being a man. Which in turn led me to start to travel the place i call home, the USA, land of the free and home of the brave. I wouldn't be where I am and who I am without Joe.

Respectfully,

Joshua Ramos



## hearthstone foundation

dui • drug • alcohol • consultation • evaluation • education • therapy

814 N. Beach Street, Daytona Beach, Florida 32114 • Phone: 386/238-1348 • Fax: 238-0171

October 5, 2022

To Whom it May Concern,

Joseph Ellicott presented to our agency on March 21, 2022 at the referral of Officer Ebonie S. Henderson-Larrame to undergo an evaluation of his mental health. Mr. Ellicott was recommended to attend weekly individual session to address previous mental health issues and his history of prescription substance use. Mr. Ellicotts treatment plan addressed the disease concept of addiction, progression of the disease, denial, spirituality, values, family systems, unmanageability, effective and appropriate coping skills and the benefits of working a spiritual program to assist with relapse prevention.

Since Mr. Ellicotts engagement into the program, he has attended all scheduled appointments and appeared to work diligently to make significant changes that support a healthy lifestyle. He appeared to remain open-minded for the duration of his engagement and appeared willing to facilitate changes necessary to support his recovery. He appeares to have taken relapse prevention and a safety plan very seriously. He was assigned a code-a-phone color to call in daily for random urinalysis, all urinalysis submitted had negative results.

Should you have any further questions or concerns, please don't hesitate to contact Hearthstone Fellowship Foundation, Inc. at (386) 238-1348.

Sincerely,
/s/Janet G. Minor, M.S.
Program Director
Hearthstone Fellowship Foundation, Inc.
Phone: (386) 238-1348
Fax: (386) 238-0171
Email: info@hearthstonefoundation.org

personal freedom begins with personal responsibility

In RE:  Joseph Ellicott – In Support

Joe Elicott is a good, kind person. He's been a friend & a mentor to those he worked with & has always been respectful & nice to be around. My husband & Joe met through work. Joe & Jason worked together, closely, for six months. Joe had to leave that job, but they have remained friends.

We have attended baseball games & sports cards shows with Joe on several occasions. He has a great sense of humor & never causes problems with anyone. Joe is always joking & laughing & makes everyone feel welcome.

Everyone has made mistakes in their life. Sometimes because of bad influences or just poor judgment. Joe has made mistakes, but he is not a bad person. I certainly hope that you will accept this letter as a testament to Joe Elicott's character as a kind person who has a big heart. He would never purposefully hurt anyone & is genuinely a good person.

Respectfully,
Sarah Propst, AICP, PMP

October 6, 2022

To Whom it may concern

My name is Jason Swinford and I have known Joe Ellicott since June 2021 when he was introduced to me as my supervisor when I started my new job. During my time working with Joe I noticed how hard he worked, was always saying yes when someone needed help and would constantly come in early, stay late and just go above and beyond to help our company with whatever was needed of him.  I ended up sharing an office with Joe and quickly noticed he was the person that people always came to for advice and knowledge. Even though he didn't lead the company everyone knew they could come to him b/c he would either know the answer or he would make sure to find it for you.   He was always willing to stop what he was doing to help others which usually meant he had to stay later to finish his own work.

Outside of work I got to know Joe as a caring person who was very dedicated to his family and friends. Lots of times we'd leave on a Friday and he was off to help his dad or talking about getting together with guys from work who were trying to advance and he was helping them prepare for tests and tasks they would encounter. Joe is someone that my wife and I trust and that's b/c the person we've gotten to know over the last year and a half has never been anything but funny, honest, respectful and caring.

Please do not hesitate to reach out if any further questions
Jason Swinford
239-877-2538
JasonSwinford@gmail.com

On behalf of Joseph Ellicott

To whom it may Concern:

Hello my name is Lester Roy, and I wanted to write a reference letter on behalf of Joe Ellicott. I have known joe for a length of time as we worked together at CGC. . In the time I have known Joe I have had the chance to witness many aspects of his potential and work ethic, all of which are extremely impressive, and he is a good hearted person. When you get to know him you see he truly cares about you as a person. He was my manager at CGC and from daily talks I have had, you know he truly cares for people around him and in the world. In life people mess up we all know that but when a person is good hearted and knows he has messed up and does care for helping others and giving back then I believe that should be considered when someone's character is being question. I hope the courts can give him a chance and see who he truly is not for a mess up and that he knows hat he did was wrong. I don't condone what he did but I do know he is not a bad person and hope are justice system can see that. I also served in the Navy and was able to experience a lot of good people that cared, I put Joe In the same category as a person who cares for people and his family. Please contact me if any further questions I can answer regarding his character.

Lester Roy
941-705-1753